IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIE LEE BENTON,

   Petitioner,

  v.

JEFF PEARCE
Superintendent,

   Respondent.

CIVIL ACTION FILE
NO. 1:09-CV-1301-TWT

ORDER

This is a pro se Petition for a Writ of Habeas Corpus. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending denying the Petition. The Petitioner is serving two consecutive life sentences for murder. He was denied parole in 2008. For the reasons set forth in the Report and Recommendation, the Petitioner has no liberty interest in being released on parole and his due process and equal protection claims are without merit. After careful consideration of the Petitioner's Objections, the Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 19 day of January, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge